**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :    NOTICE OF INTENT TO
                                        FILE AN INFORMATION
            - v. -                :
                                        07 CRIM. 659
LOUIS ZEHIL,
                                  :
            Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        July 5, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

                    By:   _____
                          Joshua Klein
                          Assistant United States Attorney

                          AGREED AND CONSENTED TO:

                    By:   _____
                          Andrew Lawler, Esq.
                          Attorney for LOUIS ZEHIL

USDC SDNY
ELECTRONICALLY FILED
7/13/07

7/13/07 WHEEL A