**JUDGE BATTS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

        v.                              :        **07 CRIM. 659**

LOUIS W. ZEHIL,                  :        07 Cr.

        Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 2; Title 15, United States Code, Sections 78j(b) and 78ff; and Title 17, Code of Federal Regulations, Section 240.10b-5, being advised of the nature of the charge and of hiw rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
      July 20, 2007



0202